UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BOBBY DAY, ET AL.                                    CIVIL ACTION

VERSUS

WESTERN WORLD INSURANCE                              NO.: 14-00348-BAJ-SCR
COMPANY, ET AL.

## RULING AND ORDER

Before the Court is a **Motion to Remand (Doc. 4)**, filed by Plaintiffs Bobby Day and Jerado Salias, seeking an order from this Court remanding the above-captioned matter to the Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana. Defendants Everest National Insurance Company and National Liability and Fire Insurance Company oppose the motion.[1] (Docs. 7, 8.)

On July 21, 2014, United States Magistrate Judge Stephen C. Riedlinger issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B), recommending that Plaintiffs' Motion to Remand be granted. (Doc. 15.)

The Magistrate Judge's Report and Recommendation specifically notified Defendants that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date of service to file written objections to the proposed findings of fact, conclusions

---

[1] The Court notes that Defendant Western World Insurance Company has not made an appearance in this matter; nor did it file a memorandum in opposition to Plaintiffs' motion.

19th JDC - certified

of law, and recommendations therein. (Doc. 15, p. 1.) A review of the record indicates that Defendants did not file a memorandum in opposition to the Magistrate Judge's Report and Recommendation.

Having carefully considered Plaintiffs' motion, Defendants' memoranda in opposition, the Magistrate Judge's Report and Recommendation, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report and Recommendation is correct, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 15)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Plaintiffs' **Motion to Remand (Doc. 4)** is **GRANTED**.

**IT IS FURTHER ORDERED** that the above captioned matter is **REMANDED** to the Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, this 3rd day of September, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**